UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| K.B., an individual, | CIVIL ACTION NO. 1:19-CV-01213 |
| Plaintiff, | |
| INTER-CONTINENTAL HOTELS CORPORATION; WYNDHAM HOTELS AND RESORTS, INC; BEST WESTERN INTERNATIONAL, INC.; AND MARRIOTT INTERNATIONAL, INC., | Judge Andrea K. Johnstone |
| Defendants. | |

**BEST WESTERN INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

Defendant, Best Western International, Inc. ("Best Western"), through undersigned counsel, hereby responds to Plaintiff's Motion for a Protective Order and Leave to Proceed Anonymously, and states as follows:

Best Western agrees with and adopts the positions set forth in codefendant Inter-Continental Hotels Corporation's ("IHC") response [Dkt. 36] and codefendant Wyndham Hotels and Resorts, Inc.'s ("Wyndham) response [Dkt. 41]. The allegations contained in Plaintiff's Complaint are personal and sensitive. However, several defendants, including Best Western, have moved for dismissal. *See* Dkts. 21, 22, 26 & 29. Best Western respectfully requests the Court hold Plaintiff's request to proceed anonymously in abeyance until the motions to dismiss are resolved, as the motions to dismiss may render Plaintiff's request moot.

Should the Court decide to address Plaintiff's motion before deciding Defendants' motions to dismiss, Best Western respectfully requests the Court permit limited disclosure of Plaintiff's identity for the purposes of discovery, including, but not limited to, disclosure of her current name, name at the time of the alleged trafficking (if different), date of birth, Social

Security Number, current address, address at the time of the alleged trafficking, and the names of Plaintiff's parents and/or guardians at the time of the alleged trafficking. This information would permit Defendants to conduct a fair and thorough investigation of Plaintiff's allegations. Specifically, Defendants would be able to obtain and verify applicable police or hospital records and identify potential witnesses. Best Western, presumably in accord with Plaintiff and Codefendants, is confident the parties and the Court can construct a Discovery Plan and Order that satisfies all parties' needs.

Best Western is amenable to Plaintiff's request to proceed anonymously in public, pre-trail filings, so long as Defendants are permitted discretion to use her identity and relevant information for the good-faith purpose of conducting discovery, to which Defendants are entitled. Best Western respectfully requests the Court hold Plaintiff's motion in abeyance

March 9, 2020                                                  Respectfully submitted,

                                                               /s/ *Karen Campbell*

                                                               Karen L. Campbel; (admitted *Pro Hac Vice*)
                                                               **LEWIS BRISBOIS BISGAARD &
                                                               SMITH LLP**
                                                               77 Water Street, Suite 2100
                                                               New York, New York 10005
                                                               Telephone: 212.232.1391
                                                               Facsimile: 212.232.1399
                                                               Karen.Campbell@lewisbrisbois.com
                                                               *Attorneys for Defendant
                                                               Best Western International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on the 9th day of March, 2020, the foregoing was served on counsel of record through the Court's electronic filing system, and to all parties without an appearance by conventional mail.

                                                               /s/ *Karen Campbell*
                                                               Karen Campbell