# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| K.B., an individual, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:19-cv-01213-AJ |
| ) | Judge Andrea K. Johnstone |
| INTER-CONTINENTAL HOTELS ) | |
| CORPORATION, WYNDHAM ) | |
| HOTELS ) | |
| AND RESORTS, INC., BEST ) | |
| WESTERN ) | |
| INTERNATIONAL, INC., and ) | |
| MARRIOTT INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED NOTICE OF DISMISSAL

The parties, by and through their undersigned attorneys, hereby agree to dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs. Any claims previously dismissed *with* prejudice remain so.

SO STIPULATED,

Dated: April 2, 2021

| | | | |
|---|---|---|---|
| **By** | */s/ Tiffany Ellis*<br>Weitz & Luxenberg, P.C.<br>3011 W. Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>313-315-3151<br>tellis@weitzlux.com | **By** | */s/ John M. Hamrick*<br>Holland & Knight, L.L.P.<br>1180 West Peachtree St. NW<br>Regions Plaza, Ste. 1800<br>Atlanta, GA 30309<br>404-817-5800<br>john.hamrick@hklaw.com<br>*Attorney for Inter-Continental Hotels Corp.* |
| **By** | */s/ Paul Pennock*<br>Morgan & Morgan, P.A.<br>850 3rd Ave., Ste. 402<br>Brooklyn, NY 11232<br>212-558-5549<br>ppennock@forthepoeple.com | **By** | */s/ David Sager*<br>DLA Piper, L.L.P.<br>51 John F. Kennedy Pkwy.<br>Ste. 120<br>Short Hills, NJ 07078<br>973-520-2570<br>david.sager@dlapiper.com<br>*Attorney for Wyndham Hotels & Resorts, Inc.* |
| **By** | */s/ Michael P. Rainboth*<br>Coughlin Rainboth Murphy & Lown, P.A.<br>439 Middle St.<br>Portsmouth, NH 03801<br>603-431-1993<br>mrainboth@nhtrialattorneys.com<br><br>*Attorneys for Plaintiff* | **By** | */s/ Ellen E. Dew*<br>DLA Piper, L.L.P.<br>6225 Smith Ave.<br>Baltimore, MD 21209<br>410-580-4127<br>ellen.dew@dlapiper.com<br>*Attorney for Marriott International, Inc.* |
| | | **By** | */s/ Karen Campbell*<br>Lewis Brisbois Bisgaard & Smith, L.L.P.<br>77 Water St., Ste. 2100<br>New York, NY 10005<br>212-232-1300<br>karen.campbell@lewisbrisbois.com<br>*Attorney for Best Western International, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties and/or counsel of Record.

Dated: April 2, 2021                                         */s/  Michael P. Rainboth, Esq.*